# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---:|:---|
| **Case Number** | 2025-1037 |
| **Short Case Caption** | Ningde Amperex Technology Ltd. v. Zhuhai CosMx Battery |
| **Filing Party/Entity** | Ningde Amperex Technology Ltd. |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/22/2024

Signature: /s/ Michael D. Powell

Name: Michael D. Powell

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Ningde Amperex Technology Ltd. | | Amperex Technology Limited |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable   ☑ Additional pages attached

| | | |
|---|---|---|
| Michael Doman<br>Quinn Emanuel Urquhart & Sullivan LLP | Sean S. Pak<br>Quinn Emanuel Urquhart & Sullivan LLP | Nien-Ping Wang<br>Quinn Emanuel Urquhart & Sullivan LLP |
| Quincy Lu<br>Quinn Emanuel Urquhart & Sullivan LLP | Yixuan Zhu<br>Quinn Emanuel Urquhart & Sullivan LLP | Lance Yang<br>Quinn Emanuel Urquhart & Sullivan LLP |
| Yunzhi Lin<br>Quinn Emanuel Urquhart & Sullivan LLP | Chunmeng Yang<br>Quinn Emanuel Urquhart & Sullivan LLP | Adam Wolfson<br>Quinn Emanuel Urquhart & Sullivan LLP |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable   ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**Additional Pages: No. 4. Legal Representatives**

Zhaoxin Yin, Quinn Emanuel Urquhart & Sullivan LLP;

David Benjamin Adler, Quinn Emanuel Urquhart & Sullivan LLP;

Deron R. Dacus, The Dacus Firm, PC;

Shannon Marie Dacus, The Dacus Firm, PC;

Gregory Blake Thompson, Mann, Tindel, Thompson.